IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00249-RM-CBS

JACQUELYNNE ARNOLD
Plaintiff

v.

DETROIT DIESEL CORPORATION, a Delaware Corporation; and
CARMIEL KING
Defendants

---

**STIPULATION FOR DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff Jacquelynne Arnold and Defendants Detroit Diesel Corporation and Carmiel King, by and through their respective counsel, Christopher W. Jeffress, Esq., of Jeffress Law, PC, and Conor P. Boyle, Esq. of Hall & Evans, LLC, that the Plaintiff and Defendants have reached a full and final settlement of the Plaintiff's claims against Defendants in the above captioned matter, and

IT IS FURTHER STIPULATED AND AGREED to that the Plaintiff and Defendants hereby voluntarily dismiss Plaintiff's claims against Defendants with prejudice, with each party to pay her, his, or its own costs and attorney's fees.

Dated this 30th day of November, 2015.

*S/ Christopher W. Jeffress*
Christopher W. Jeffress, Esq.
Jeffress Law, PC
4430 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Phone: 303-993-8685

*Attorneys for Plaintiff*

*S/ Conor P. Boyle*
Darin J. Lang, Esq.
Conor P. Boyle, Esq.
HALL & EVANS, LLC
1001 17th Street, Suite 300
Denver, Colorado 80202
Phone: 303.628.3300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2015, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL** was served on the following as noted:

| | |
|---|---|
| Christopher W. Jeffress, Esq. #25399<br>Jeffress Law, PC<br>4430 Arapahoe Avenue, Suite 100<br>Boulder, Colorado 80303<br>T: 303-993-8685<br>F: 303-412-4213<br>chris@jeffresslaw.com<br>*Attorney for Plaintiff* | ( ) First Class Mail<br>( ) Hand Delivery<br>( ) Facsimile<br>( ) Overnight Delivery<br>(X) CM/ECF<br>( ) E-Mail |

*s/V. Dawn Brimer*
_____
V. Dawn Brimer